IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No: |
| v. | : | JUDGE: 2:18 cr 172 |
| | : | |
| JORDAN I. MAKOWSKI | : | 18 U.S.C. §§ 2252(a)(2) & (b)(1) |
| | : | 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |
| | : | 18 U.S.C. §§ 2253(a)(1) & (3) |

Judge Sargus

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about July 16, 2018, in the Southern District of Ohio, the defendant, **JORDAN I. MAKOWSKI**, did knowingly distribute one or more visual depictions using any means and facility of interstate and foreign commerce, including the Internet and cellular phones, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: a digital video depicting a prepubescent female child engaged in the lascivious display of the genitalia and oral sexual intercourse.

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

### COUNT TWO

On or about May 24, 2018, in the Southern District of Ohio, the defendant, **JORDAN I. MAKOWSKI**, did knowingly receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the Internet and cellular phones, the

production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: a digital image file that depicted two nude prepubescent female children engaged in the lascivious display of the genitalia.

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

### COUNT THREE

On or about August 10, 2018, in the Southern District of Ohio, the defendant, **JORDAN I. MAKOWSKI**, knowingly possessed matter, that is, digital image and video files stored on a various digital media, that is, a laptop computer and an Apple iPhone, which contained one or more visual depictions that had been transported using any means and facility of interstate and foreign commerce, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

### FORFEITURE COUNT A

The allegations of Counts One through Three of this Indictment are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offenses alleged in Counts One through Three of this Indictment and upon conviction thereof, Defendant **JORDAN I. MAKOWSKI** shall forfeit to the United States:

(a) all matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped and possessed in violation thereof; and,

2

(b) all property used and intended to be used to commit and to promote the commission of the aforementioned violations including but not limited to the following:

1. One Compaq Presario laptop computer, serial number 5CB2050T4B;
2. One Apple iPhone 7 plus, Serial number F2LSG97HHFY2.

In violation of 18 U.S.C. §§ 2253(a)(1) and (3).

A TRUE BILL.

s/Foreperson
FOREPERSON

BENJAMIN C. GLASSMAN
United States Attorney

HEATHER A. HILL (IL 6291633)
Assistant United States Attorney

3